May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ALMA ROSA MARTINEZ LOPEZ AND JOE LUIS MARTINEZ, AS
HUSBAND AND WIFE, Appellants

NO. 14-13-00326-CV                          V.

AUTOTAINMENT PARTNERS, LTD D/B/A PLANET FORD AND CHARLIE
MUTZ, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Alma Rosa Martinez Lopez and Joe Luis Martinez, as husband and wife.

We further order this decision certified below for observance.